# United States Court of Appeals for the Federal Circuit

---

July 5, 2011

**ERRATA**

---

Appeal No. 2009-1299, -1347

**HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC., HYNIX
SEMICONDUCTOR U.K. LTD., and HYNIX
SEMICONDUCTOR DEUTSCHLAND GMBH,**
*Plaintiffs-Appellants,*

v.

**RAMBUS INC.,**
*Defendant-Cross Appellant.*

Decided: May 13, 2011
Precedential Opinion

---

Please make the following change:

Page 6, 7 lines from the bottom, change "Joel Karp, Rambus's Vice President for Intellectual Property" to –Crisp—.